# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISON

UNITED STATES OF AMERICA         :
                                 :
    *versus*                      :    CRIMINAL NO. 6:25-cr-00013
                                 :    Judge Joseph
CHRISTOPHER DON BYERLEY          :    Magistrate Judge Whitehurst


## FEDERAL RULE OF CRIMINAL PROCEDURE 20 CONSENT TO TRANSFER OF CASE FOR GUILTY PLEA AND SENTENCING

I, CHRISTOPHER DON BYERLEY, understand that I am charged in an Indictment in the above case in the United States District Court for the Western District of Louisiana, Lafayette Division. I hereby waive my initial appearance, arraignment and trial and consent to the disposition of this case in the Middle District of Louisiana, where I will plead guilty to Count One and Three of the Indictment. Count One charges me with conspiracy to traffick a firearm and to receive a trafficked firearm, in violation of 18 U.S.C. § 933(a) (1-3). Count Three charges me with receiving the trafficked firearm in violation of 18 U.S.C. § 933(a)(2). It is further agreed that at sentencing, the United States will dismiss Count Two of the indictment.    This 17th day of March 2025.

APPROVED:

_____

Christopher Don Byerley
Defendant

_____

David Rozas
Eric Hayes
Attorneys for the Defendant

_____

Alexander C. Van Hook
Acting United States Attorney
Western District of Louisiana

_____

April M. Leon
Acting United States Attorney
Middle District of Louisiana

SEALED

# U.S. District Court
## Western District of Louisiana (Lafayette)
## CRIMINAL DOCKET FOR CASE #: 6:25-cr-00013-DCJ-CBW-3 *SEALED*
## Internal Use Only

Case title: USA v. SEALED      Date Filed: 01/15/2025

Plea Filings           Sentencing Filings

Assigned to: Judge David C Joseph
Referred to: Magistrate Judge Carol B
Whitehurst

**Defendant (3)**

**Christopher Don Byerley**

| **Pending Counts** | **Disposition** |
| --- | --- |
| TRAFFICKING IN FIREARMS - Conspiracy to Traffick a Firearm and to Receive a Trafficked Firearm with Forfeiture Allegation (1) | |
| TRAFFICKING IN FIREARMS - Receipt of a Trafficked Firearm with Forfeiture Allegation (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**                                    represented by **John Woodley Nickel**
U S Attorneys Office (LAF)
800 Lafayette St Ste 2200
Lafayette, LA 70501
337-262-6705
Email: john.nickel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Lyman E Thornton , III**
U S Attorneys Office (LAF)
800 Lafayette St Ste 2200
Lafayette, LA 70501
337-262-6618
Fax: 337-262-6682
Email: Lyman.Thornton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2025 | 1 | SEALED INDICTMENT as to Dennis Loyd Sizemore (1) Count(s) 1, 2; Robert Gregory Brazell (2) Count(s) 1, 2; Christopher Don Byerley (3) Count(s) 1, 3. (crt,YocumSld, M) (Entered: 01/16/2025) |
| 01/15/2025 | 🔒 2 | INDICTMENT WITH SIGNATURE filed under seal as to Dennis Loyd Sizemore (1), Robert Gregory Brazell (2), Christopher Don Byerley (3). (crt,YocumSld, M) (Entered: 01/16/2025) |
| 01/15/2025 | 🔒 5 | DEFENDANT INFORMATION SHEET filed under seal as to Christopher Don Byerley (3). (crt,YocumSld, M) (Entered: 01/16/2025) |
| 01/15/2025 | 6 | MOTION to Seal Indictment / Case by USA as to Dennis Loyd Sizemore (1), Robert Gregory Brazell (2), Christopher Don Byerley (3). Motion Ripe Deadline set for 1/15/2025. (crt,YocumSld, M) (Entered: 01/16/2025) |
| 01/15/2025 | 7 | ORDER granting 6 Motion to Seal Indictment / Case as to Dennis Loyd Sizemore (1), Robert Gregory Brazell (2), Christopher Don Byerley (3). Signed by Magistrate Judge Carol B Whitehurst on 1/15/2025. (crt,YocumSld, M) (Entered: 01/16/2025) |
| 01/15/2025 | 8 | MINUTES for proceedings held before Magistrate Judge Carol B Whitehurst: GRAND JURY REPORT as to Dennis Loyd Sizemore (1), Robert Gregory Brazell (2), Christopher Don Byerley (3). Sealed Indictment. Warrants to issue. (Court Reporter: LCR, Lafayette-Crtrm 6) (crt,YocumSld, M) (Entered: 01/16/2025) |

Case 3:25-cr-00022-BAJ-RLB    Document 1    03/28/25    Page 4 of 15

| | | | |
|---|---|---|---|
| 01/15/2025 |  | 11 | *SEALED* ARREST WARRANT Issued by Magistrate Judge Carol B Whitehurst in case as to Christopher Don Byerley (3). (crt,YocumSld, M) (Entered: 01/16/2025) |

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 15 2025

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. |
| | * 18 U.S.C. § 933(a)(3) |
| VERSUS | * 18 U.S.C. § 933(a)(2) |
| | * 18 U.S.C. § 933(a)(1) |
| DENNIS LOYD SIZEMORE (01) | * |
| ROBERT GREGORY BRAZELL (02) | * |
| CHRISTOPHER DON BYERLEY(03) | * |

**6:25-cr-00013**
**Judge Joseph**
**Magistrate Judge Whitehurst**

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
Conspiracy to Traffick a Firearm and to Receive a Trafficked Firearm
[18 U.S.C. § 933(a)(3), (a)(2) and (a)(1)]

1.     Beginning on an exact date unknown, and continuing from January 4, 2022  through on or about February 16, 2022, in the Western District and elsewhere, defendants DENNIS LOYD SIZEMORE, ROBERT GREGORY BRAZELL, and CHRISTOPHER DON BYERLEY, and other persons known and unknown to the Grand Jury, did knowingly conspire, confederate, and agree with each other to commit the following offenses: trafficking a firearm, that is a FN Model 509 9mm pistol, in violation of  Title 18, United States Code, Section 933(a)(3) and (a)(1); and receiving the trafficked FN Model 509 9mm pistol, in violation of Title 18, United States Code, Section 933(a)(2).

## THE OBJECT OF THE CONSPIRACY

2.      The object of the conspiracy was to obtain a firearm, then transfer or otherwise dispose of the firearm knowing, or having reasonable cause to believe, that the person who received the firearm was a prohibited person under federal and state law.

## OVERT ACTS

3.      In furtherance of the conspiracy and to accomplish the objects thereof, the defendants and their co-conspirators committed the following overt acts, among others, in the Western District of Louisiana and elsewhere.

4.      SIZEMORE approached a person known to him as Individual A. Individual A did not own or possess a firearm. SIZEMORE told Individual A that he would teach Individual A to shoot and would provide the funds for the purchase of a firearm.

5.      On January 4, 2022, SIZEMORE told Individual A to meet him in the parking lot of retail gun store in Lafayette, LA, which is a licensed dealer of firearms.

6.      When Individual A arrived at the gun store, SIZEMORE was present along with BRAZELL.

7.      SIZEMORE and BRAZELL walked Individual A into the gun store. SIZEMORE and BRAZELL chose the FN 509 9mm pistol. SIZEMORE provided the money to Individual A to make the purchase, then left the store. Upon completion of the purchase, as Individual A left the gun store, BRAZELL took the FN 9mm pistol from Individual A.

2

8.      Later that same evening through a text message, BRAZELL contacted BYERLEY telling BYERLEY he had a pistol for sale. The text message included a picture of an FN 509 pistol in its original packaging.

9.      BYERLEY agreed to meet BRAZELL in Lafayette, LA. On January 4, 2022, BRAZELL and SIZEMORE transferred and otherwise disposed of the FN Model 509 9mm pistol to BYERLEY. SIZEMORE and BRAZELL knew BYERLEY was a prior convicted felon and prohibited from possessing a firearm.

10.     Days later when Individual A asked SIZEMORE about the pistol, SIZEMORE falsely stated that the gun had been stolen by "Chris" (BYERLEY) and SIZEMORE instructed Individual A not to file a police report.

The above is a violation of Title 18, United States Code, Section 933(a)(3).

## COUNT 2
Trafficking a Firearm
[18 U.S.C. § 933(a)(l)]

11.     On or about January 4, 2022, in the Western District of Louisiana, the defendants, DENNIS LOYD SIZEMORE and ROBERT GREGORY BRAZELL, did transfer, or otherwise dispose of a firearm, to wit: an FN Model 509 9mm pistol, to CHRISTOPHER DON BYERLEY in or otherwise affecting commerce, knowing, or having reasonable cause to believe that the use, carrying, or possession of the firearm by CHRISTOPHER DON BYERLEY would constitute a felony.

The above is a violation of Title 18, United States Code, Section 933(a)(1).

3

## COUNT 3
Receipt of a Trafficked Firearm
[18 U.S.C. § 933(a)(2)]

12. On or about January 4, 2022, in the Western District of Louisiana, the defendant CHRISTOPHER DON BYERLEY, did receive from, DENNIS LOYD SIZEMORE and ROBERT GREGORY BRAZELL in or otherwise affecting interstate commerce, a firearm, to wit: an FN Model 509 9mm pistol, knowing or having reasonable cause to believe that such receipt would constitute a felony.

The above is a violation of Title 18, United States Code, Section 933(a)(2).

### Forfeiture Allegation
(Firearms)
[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

The allegations contained in the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Count 1, Count 2, or Count 3 of this Indictment involving violations of Title 18, United States Code, Sections 933(a)(3), (a)(2), and (a)(1), the defendants, DENNIS LOYD SIZEMORE, ROBERT GREGORY BRAZELL, and CHRISTOPHER DON BYERLEY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offenses, including, but not limited to:

- One (1) FN Model 509 9mm pistol.

4

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Code 2461(c).

A TRUE BILL:

**REDACTED**

GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

LYMAN E. THORNTON III LA Bar # 20393
Special Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:  (337) 262-6618

JOHN W. NICKEL, LA Bar # 37819
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:  (337) 262-6618

5

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION –
## IN U.S. DISTRICT COURT

CHARGES INITIATED BY:   INDICTMENT

Filed at LAFAYETTE, LA

U.S. vs. CHRISTOPHER DON BYERLEY

6:25-cr-00013          -03
**Judge Joseph**
**Magistrate Judge Whitehurst**

DOB:
SSN:
LAST KNOWN ADDRESS: 1041 Dudley Menard, Broussard, LA 70518

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

### CHARGES

JAN 15 2025

DANIEL J. McCOY, CLERK
BY:_____

OFFENSE LEVEL:        FELONY

OFFENSES CHARGED:
Count 1 - Conspiracy to Traffick a Firearm and to Receive a Trafficked Firearm
        [18 U.S.C. §§ 933(a)(3), (a)(2) and (a)(1)]

Count 3 -  Receipt of a Trafficked Firearm
        [18 U.S.C. § 933 (a)(2)]

Forfeiture Allegations (Firearms)
        [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461 (c)]

PLACE OF OFFENSE:    Lafayette, Louisiana

COMPLAINANT:   SA Austin Whitmer
        Homeland Security
        101 Feu Follet, Suite 200
        Lafayette, LA 70508
        Phone: (337) 349-9279
        Email: Austin.A.Witmer@hsi.dhs.gov

### OTHER PROCEEDINGS AGAINST THIS DEFENDANT

Charged in MDLA CR24-76-SDD-RLB

### CUSTODY INFORMATION

Ascension Parish Jail

### ADDITIONAL INFORMATION OR COMMENTS

GOVERNMENT COUNSEL: AUSA John W. Nickel, 800 Lafayette Street, Suite 2200, Lafayette, Louisiana 70501, Telephone: 337-262-6618, Email: John.Nickel@usdoj.gov
SAUSA Lyman Thornton, III, 451 Florida Blvd., Baton Rouge, LA 70801 Phone: (225) 389-0443, Email: Lyman.Thornton@usdoj.gov

DEFENSE COUNSEL: UNKNOWN AT THS TIME

**An arrest warrant is requested for the following reasons: (1) Danger to the Community**

**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 1:43 p.m.** on **Wednesday, January 15, 2025**, and adjourned at **1:47 p.m.**

PRESENT:    Carol B. Whitehurst, Magistrate Judge, Presiding
Paula Jordan, Minute Clerk
Recorded: Liberty Court Recorder 6
Time in Court: 04 minutes

### GRAND JURY REPORT

 X  Final Report
 X  Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:24-CR-00281-01** | X | |

### SEALED INDICTMENTS

| | WARRANT | SUMMONS |
|---|---|---|
| 6:25-CR-00013-01 | X | |
| 6:25-CR-00013-02*** | X | |
| 6:25-CR-00013-03*** | X | |
| 2:25-CR-00014-01 | X | |
| 6:25-CR-00015-01 | X | |

 X  Warrants/summons ordered issued as indicated.
 *  In Federal Custody
 ** Superseding Indictment
 *** State Custody

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 15 2025

DANIEL J. McCOY, CLERK

BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | * CRIMINAL NO. |
| | | * |
| VERSUS | | * |
| | | * **6:25-cr-00013** |
| | | * **Judge Joseph** |
| DENNIS LOYD SIZEMORE | (01) | * **Magistrate Judge Whitehurst** |
| ROBERT GREGORY BRAZELL | (02) | * |
| CHRISTOPHER DON BYERLEY | (03) | * |

MOTION TO SEAL INDICTMENT

NOW INTO COURT, comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully represents as follows:

1.

On January 15, 2025, an indictment was returned by the federal grand jury sitting in Lafayette, Louisiana.

2.

At the time of the presentment of the indictment to the Magistrate Judge, the United States requested that the indictment be placed under seal.

3.

Based on the court's policy, the United States hereby moves for an Order of this Honorable Court **sealing** the indictment in said matter. The court's latest policy regarding the unsealing of indictments upon the arrest and initial appearance of the first defendant would jeopardize the arrest of all defendants in said indictment.

4.

1

The United States also moves that all court personnel, including but not limited to: Clerk of Court, U.S. Probation, U.S. Marshal, be instructed not to reveal the existence of said indictment or the names of the defendants to anyone, specifically including codefendants, the news media and/or defense attorneys for codefendants.

Further, the United States respectfully requests that nothing in any sealing Order issued by the Court be construed to restrict law enforcement agencies or personnel from communicating information regarding this indictment to any party for purposes related to the apprehension and arrest of any defendant named in this indictment.

WHEREFORE, the United States hereby moves for an Order of this Honorable Court sealing the above captioned indictment until the arrest of the last defendant in the above captioned case.

Respectfully submitted,

BRANDON B. BROWN
United States Attorney

By: _____
LYMAN E. THORNTON III LA Bar # 20393
Special Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618

By: _____
JOHN W. NICKEL
Louisiana Bar No. 37819
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-7206
Telephone: 337-262-6618

2

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 05 2025

DANIEL J. McCOY, CLERK

BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

UNITED STATES OF AMERICA     * CRIMINAL NO.

                      *

VERSUS                          *

                      *

DENNIS LOYD SIZEMORE     (01)   *

ROBERT GREGORY BRAZELL    (02)   *

CHRISTOPHER DON *BYERLEY*    (03)   *

**6:25-cr-00013**
**Judge Joseph**
**Magistrate Judge Whitehurst**

## O R D E R

Considering the Motion to Seal Indictment in the captioned matter,

IT IS HEREBY ORDERED AND ADJUDGED that the indictment in this matter is hereby ORDERED sealed;

IT IS FURTHER ORDERED that ALL court personnel, including but not limited to, Clerk of Court, U.S. Probation, and U.S. Marshal, are hereby instructed <u>not</u> to reveal the existence of said indictment to anyone, specifically including codefendants, the news media and/or defense attorney(s) whose client(s) has not yet been arrested. Nothing in this Order shall restrict law enforcement agencies or personnel from communicating information regarding this indictment to any party for purposes related to the apprehension and arrest of any defendant named in this indictment;

IT IS FURTHER ORDERED that the above captioned indictment shall remain SEALED until the arrest of the last defendant in the above captioned case.

IT IS FURTHER ORDERED that a copy of the indictment be redacted by the United States Attorney's Office to conceal the names of those defendants not yet arrested

1

and provide a copy to defense counsel as each defendant is arrested and brought before a

Magistrate Judge for his/her initial appearance.

DONE AND SIGNED this 15th day of January 2025, at Lafayette, Louisiana.



_____

CAROL B. WHITEHURST
United States Magistrate Judge

2